```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL JOSEPH ELLISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-0365-FCD |
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| v. | ) |
| MICHAEL JOSEPH ELLISON, | ) Date: October 1, 2007 |
|  | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

    It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney and MICHAEL JOSEPH ELLISON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for September 17, 2007 be vacated and rescheduled for October 1, 2007 at 10:00 a.m.

    This continuance is being requested because Mr. Ellison made his first appearance today on the indictment. The government will be providing discovery and a plea agreement to defense counsel. Defense counsel will be unavailable on the currently-set status conference

1  date.  Defense counsel requires adequate time to review the discovery,
2  obtain records, conduct investigation, and discuss the plea agreement
3  and sentencing guidelines with Mr. Ellison.

4     IT IS FURTHER STIPULATED that the period from the date of this
5  stipulation through and including October 1, 2007, be excluded in
6  computing the time within which trial must commence under the Speedy
7  Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
8  for continuity and preparation of counsel.

Dated: September 4, 2007

                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Rachelle Barbour
                              _____
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              MICHAEL JOSEPH ELLISON

Dated: September 4, 2007

                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Rachelle Barbour for
                              _____
                              MICHELLE RODRIGUEZ
                              Assistant U.S. Attorney
                              per email authority

**O R D E R**

   IT IS SO ORDERED.

Dated: September 5, 2007

                              _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE