```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOSEPH ELLISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-0365-FCD |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| MICHAEL JOSEPH ELLISON, | Date: November 13, 2007 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney and MICHAEL JOSEPH ELLISON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for October 1, 2007 be vacated and rescheduled for November 13, 2007 at 10:00 a.m.

This continuance is being requested because the defense has just received discovery in this case and needs time to pull records, conduct investigation, discuss the case with Mr. Ellison, and confer with the government regarding plea options.

1     IT IS FURTHER STIPULATED that the period from the date of this
2 stipulation through and including November 13, 2007, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4
5 for continuity and preparation of counsel.
6 Dated: September 24, 2007

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Rachelle Barbour
                                        _____
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL JOSEPH ELLISON


Dated: September 24, 2007

                                        MCGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Rachelle Barbour for
                                        _____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney


21    **IT IS SO ORDERED.**
22 Dated: September 25, 2007

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

Stip & Order                            2