```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MICHAEL JOSEPH ELLISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:07-cr-0365-FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS CONFERENCE |
| v. | ) |
| MICHAEL JOSEPH ELLISON, | ) Date:  December 3, 2007 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney and MICHAEL JOSEPH ELLISON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for November 13, 2007 be vacated and rescheduled for December 3, 2007 at 10:00 a.m.

This continuance is being requested because the parties are continuing to conduct investigation and negotiate a plea agreement in this case.  Ms. Barbour must discuss the case further with Mr. Ellison, analyze the guidelines and Mr. Ellison's criminal history, and confer

with the government regarding plea options.

    IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including December 3, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 9, 2007

                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Rachelle Barbour
                                _____
                                RACHELLE BARBOUR
                                Assistant Federal Defender
                                Attorney for Defendant
                                MICHAEL JOSEPH ELLISON

Dated: November 9, 2007

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Rachelle Barbour for
                                _____
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated: November 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE