DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOSEPH ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:07-cr-0365-FCD |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| MICHAEL JOSEPH ELLISON, ) | Date: January 8, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Frank C. Damrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney and MICHAEL JOSEPH ELLISON, by and through his counsel, Rachelle Barbour, Assistant Federal Defender, that the status conference presently scheduled for December 3, 2007 be vacated and rescheduled for January 8, 2008 at 10:00 a.m.

This continuance is being requested because the parties are continuing to conduct investigation and negotiate a plea agreement in this case. Ms. Barbour must discuss the case further with Mr. Ellison, analyze the guidelines and Mr. Ellison's criminal history, and confer

with the government regarding plea options.  Ms. Rodriguez will not be available on the December 3rd date.

    IT IS FURTHER STIPULATED that the period from the date of this stipulation through and including January 8, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 28, 2007

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Rachelle Barbour
    _____
    RACHELLE BARBOUR
    Assistant Federal Defender
    Attorney for Defendant
    MICHAEL JOSEPH ELLISON

Dated: November 28, 2007

    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Rachelle Barbour for
    _____
    MICHELLE RODRIGUEZ
    Assistant U.S. Attorney

    IT IS SO ORDERED.

Dated: November 28, 2007

    _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE