McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-365-FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | RE TIME EXCLUDED |
| MICHAEL J. ELLISON, | ) | UNDER SPEEDY TRIAL ACT |
| | ) | AND SETTING FURTHER |
| Defendant. | ) | STATUS HEARING |

On August 22, 2007, Ellison was indicted.  Initially, Ellison was represented by AFD Rachelle Barbour.  On January 29, 2008, C. Emmet Mahle, Esq. was substituted as defense counsel. Mr. Mahle then informed the undersigned that he is in receipt of Ellison's file and discovery.  Mr. Mahle also was presented the United States' proposed plea agreement.

On February 11, 2008, defense counsel for Ellison appeared before this Court for a status conference.  At that time, defense counsel requested additional time to prepare and requested exclusion of time under the speedy trial act (Local Code T4). This Court then continued the status hearing to March 17, 2008.

On numerous occasions, defense counsel has discussed this case with the United States. On March 12, 2008, defense counsel

**1**

informed the United States that the defense needed additional preparation time.  Defense counsel specifically requested to continue the March 17, 2008 status hearing to allow the defense additional time for file review, defense preparation, and for consideration of the tendered plea agreement.  The parties (AUSA Rodriguez for the United States and defendant Ellison, by and through his counsel, C. Emmett Mahle) thus agreed (1) to continue the March 17, 2008 status hearing to May 12, 2008 for further status and or possible change of plea hearing and (2) to exclude time, from March 17, 2008 through May 12, 2008 under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv) -- Local Code T4).

WHEREFORE, for the reasons set forth herein, the parties jointly request this Court vacate the March 17, 2008 status hearing and enter an order as follows:

(1) that the status hearing on March 17, 2008 be continued to May 12, 2008, and

(2) that time be excluded from March 17, 2008 through and including May 12, 2008 pursuant to the Speedy Trial Act under 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4 -- preparation by counsel).

DATED:   3/13/08                     McGREGOR W. SCOTT
                                     United States Attorney
                                          /s/Michelle Rodriguez
                                     By:_____
                                        MICHELLE RODRIGUEZ
                                        Assistant U.S. Attorney

DATED:   3/13/08                     /s/Michelle Rodriguez
                                        for C. Emmett Mahle, Esq.
                                        (approved via phone on 3/12/08)
                                     _____
                                     C. EMMETT MAHLE, ESQ.
                                     Attorney for ELLISON

**2**

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. The status hearing on March 17, 2008 is vacated;
2. This case is continued to May 12, 2008 for status hearing; and
3. At defense counsel's request, the parties' joint stipulation to exclude time under the speedy trial act is granted. For preparation of defense counsel, time is excluded from March 17, 2008 up to and including May 12, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4 -- preparation by counsel).

DATED: March 14, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE