C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
MICHAEL ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr S:07-365 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| MICHAEL ELLISON, | |
| Defendants. | |

STIPULATION

This matter was scheduled for a status conference on May, 5, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  Counsel for the United States, AUSA Michelle Rodriguez, and I have agreed, subject to the court's approval, to continue this matter until June 23, 2008, at 10:00 a.m.  We are requesting the continuance to allow counsel to read the discovery and meet with the defendant.

All parties hereby agree and stipulate to a continuance of the Judgment and Sentencing that was scheduled for May 5, 2008, at 10:00 and continued to June 23, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:     5-2-08                              /s/ C. EMMETT MAHLE
                                               C. EMMETT MAHLE
                                               Attorney for Defendant
                                               MICHAEL ELLISON


DATED:     10/18/07                            /s/ C. EMMETT MAHLE for
                                               MICHELLE RODRIGUEZ
                                               Assistant United States Attorney


ORDER


GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Judgment and Sentencing that was scheduled for May 5, 2008, at 10:00 a.m. is hereby continued to June 23, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED:  May 2, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE