McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-07-0365-FCD |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER RESETTING |
| MICHAEL J. ELLISON, ) | STATUS CONFERENCE AND |
| ) | EXCLUDING TIME UNDER SPEEDY |
| Defendant. ) | TRIAL ACT |

On August 22, 2007, Ellison was indicted.  Initially, Ellison was represented by AFD Rachelle Barbour.  On January 29, 2008, C. Emmet Mahle, Esq. was substituted as defense counsel.

Between February 2008 and June 2008, Mr. Mahle and the undersigned have met on several occasions to discuss the case.  On June 18, 2008, Mr. Mahle informed the undersigned that he is actively continuing to investigate this matter.  At that time, Mr. Mahle explained to the undersigned that his in depth review of Ellison's file, criminal history, and discovery is on-going.  Mr. Mahle is in possession of the United States' tendered proposed

**1**

plea agreement.  Also, on June 18, 2008, Mr. Mahle informed the undersigned that he is involved in a state court murder trial.

On June 18, 2008, the United States, by and through its undersigned counsel, and Mr. Mahle, on behalf of defendant Ellison, stipulated and agreed that the June 23, 2008 hearing be continued to August 25, 2008. Mr. Mahle requests this continuance (and the United States agrees) because (1) Mr. Mahle will be unavailable due to state court obligations, (2) Mr. Mahle needs to meet again with the undersigned to review documents and to discuss the case, (3) Mr. Mahle's active investigation of this matter is not complete, and (4) Mr. Mahle review of Ellison's file, criminal history, and discovery is on-going.

ACCORDINGLY, the parties (AUSA Rodriguez for the United States and defendant Ellison, by and through his counsel, C. Emmett Mahle) stipulate and agree (1) to continue the June 23, 2008 status hearing to August 25, 2008 for further status (or change of plea) hearing and (2) to exclude time, from June 23, 2008 through August 25, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel); 18 U.S.C. § 3161(h)(8)(B)(ii), Local Code T2 (unusual or complex case); and 18 U.S.C. § 3161(h)(8)(B)(i), Local Code T1 (avoid miscarriage of justice due to availability of defense counsel).

///

1     WHEREFORE, for the reasons set forth herein, the parties
2 jointly request this Court vacate the June 23, 2008 status hearing
3 and enter an order as follows:
4 (1)  that the status hearing on June 23, 2008 be continued to
         August 25, 2008, and
5
6 (2)  that time be excluded from June 23, 2008 through and including
         August 25, 2008 pursuant to the Speedy Trial Act under Local
         Code T1, T2, and T4.
7
8 DATED:   6/19/08                 McGREGOR W. SCOTT
                                   United States Attorney
9
                                        /s/Michelle Rodriguez
                                   By:_____
10                                 MICHELLE RODRIGUEZ
                                   Assistant U.S. Attorney
11
12 DATED:   6/19/08                    /s/Michelle Rodriguez
                                        for C. Emmett Mahle, Esq.
                                        (approved via phone on 6/18/08)
13                                 _____
                                   C. EMMETT MAHLE, ESQ.
14                                 Attorney for ELLISON
15
                  ----------------------------------
16
17                              ORDER
18 IT IS HEREBY ORDERED AS FOLLOWS:
19     1.   The status hearing on June 23, 2008 is vacated;
20     2.   This case is continued to August 25, 2008 at 10:00 a.m.
            for status hearing; and
21
22     3.   At defense counsel's request, the parties' joint
            stipulation to exclude time under the speedy trial
            act is granted.  For preparation of defense counsel, time
23          is excluded from June 23, 2008 up to and including August
            25, 2008 pursuant to Local Codes T1, T2, and T4. 18
24          U.S.C. § 3161(h)(8)(B).
25
   DATED:   June 20, 2008
26
27                                 _____
                                   FRANK C. DAMRELL, JR.
28                                 UNITED STATES DISTRICT JUDGE

**3**