C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
MICHAEL JOSEPH ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL JOSEPH ELLISON,<br><br><br>        Defendants. | Case No.:  CR.S-07-365 FCD<br><br>STIPULATION AND ORDER |

STIPULATION

This matter was scheduled for Status Conference and Change of Plea on September 22, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  I have contacted counsel for the United States, AUSA Michelle Rodriguez, and she has agreed, with the court's approval, to continue this matter until September 29, 2008, at 10:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference and Change of Plea that was scheduled for September 22, 2008, at  10:00 a.m., to the new date of September 29, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   9-19-08                        /s/ C. EMMETT MAHLE
                                        C. EMMETT MAHLE
                                        Attorney for Defendant
                                        MICHAEL JOSEPH ELLISON


DATED:   9-19-08                         /s/ C. EMMETT MAHLE for
                                        MICHELLE RODRIGUEZ
                                        Assistant United States Attorney




                            ORDER


        GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for September 22, 2008, at 10:00 a.m. is hereby continued to September 29, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED:  September 22, 2008

                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

- 2 -