C. EMMETT MAHLE, SBN 104069
Attorney at Law
901 H Street, Suite 203
Sacramento, CA 95814
(916) 447-1646
Mahlelaw@sbcglobal.net

Attorney for Defendant
MICHAEL JOSEPH ELLISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JOSEPH ELLISON,<br><br><br>Defendants. | Case No.: CR.S-07-0365 FCD<br><br>STIPULATION AND ORDER |

STIPULATION

This matter was scheduled for Status Conference and Change of Plea on September 29, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  I have contacted counsel for the United States, AUSA Michelle Rodriguez, and she has agreed, with the court's approval, to continue this matter until October 14, 2008, at 10:00 a.m.

All parties hereby agree and stipulate to a continuance of the Status Conference and Change of Plea that was scheduled for September 29, 2008, at 10:00 a.m., to the new date of October 14, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr. They further stipulate to the exclusion of time through that date pursuant to Local Code T-4, as the continuance is necessary for preparation of counsel.

DATED:   9-26-08                     /s/ C. EMMETT MAHLE
                                     C. EMMETT MAHLE
                                     Attorney for Defendant
                                      MICHAEL JOSEPH ELLISON


DATED:   9-26-08                      /s/ C. EMMETT MAHLE for
                                     MICHELLE RODRIGUEZ
                                     Assistant United States Attorney


## ORDER

GOOD CAUSE APPEARING, and by stipulation of counsel and the defendant, the Status Conference that was scheduled for September 29, 2008, at 10:00 a.m. is hereby continued to October 14, 2008, at 10:00 a.m., in the courtroom of the Honorable Frank C. Damrell, Jr.  Time is excluded through that date pursuant to Local Code T-4 for preparation of counsel.

DATED: September 30, 2008

-----------------------------------------------------
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE