1   Olaf W. Hedberg, SBN #151082
    Olaf W. Hedberg, Attorney at Law
2   1107 9th St. Suite 850
    Sacramento, CA 95814
3   (916) 447-1192
    Attorney for Defendant
4
                    IN THE UNITED STATES DISTRICT COURT
5                 FOR THE EASTERN DISTRICT OF CALIFORNIA
6
7
8   UNITED STATES OF AMERICA          )   No. CR.S-07-0365 FCD
                                      )
9             Plaintiff,              )   STIPULATION AND ORDER
          vs.                         )
10                                    )   Date: 3/23/2009
    MICHAEL JOSEPH ELLISON,           )   Time: 10:00 AM
11                                    )   Judge: Hon Frank C. Damrell, Jr.
              Defendant.              )
12  _____ )
13
14        IT IS HEREBY STIPULATED by and between the parties hereto through their

15  respective counsel, Michelle Rodriguez, Assistant Untied States Attorney, attorney for Plaintiff,

16  Olaf Hedberg, attorney for defendant that the status conference now scheduled for March 23,

17  2009  be vacated and a new date of May 4, 2009 be set for status. The parties have been

18  negotiating the terms of a proposed plea agreement. It is felt that further negotiation will result in

19  a disposition in this matter.

20        It is further stipulated and agreed between the parties that the period beginning March 23,

21  2009 and ending May 4, 2009, should be excluded in computing the time within which the trial

22                                  Page 1 of 2

1  of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for

2  defense preparation. The defense has been engaged in ongoing legal research and investigation.

3  All parties stipulate and agree that this is an appropriate exclusion ot time within the meaning of

4  Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

5

6                                                          Respectfully submitted,
                                                           Dated this March 16, 2009
7                                                          By /s/ Olaf Hedberg
                                                           Olaf W. Hedberg, Attorney at Law
8                                                          Attorney for Michael J. Ellison

9                                                          Dated this March 16, 2009
                                                           Lawrence G. Brown
10                                                         United States Attorney
                                                           /s/ Olaf Hedberg for Michelle Rodriguez
11                                                         Michelle Rodriguez
                                                           Assistant U.S. Attorney

12

13  **IT IS SO ORDERED.**

14

    Dated:  March 16, 2009
15                                                         FRANK C. DAMRELL, JR.
                                                           UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22                                Page 2 of 2