Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St. Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. S-07-0365 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | Date: 5/4/09 |
| MICHAEL JOSEPH ELLISON, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant Untied States Attorney, attorney for Plaintiff, Olaf Hedberg, attorney for defendant that the status conference now scheduled for May 4, 2009 be vacated and a new date of July 27, 2009, at 10:00 a.m. be set for status. The parties have been negotiating the terms of a proposed plea agreement. It is felt that further negotiation will result in a disposition in this matter.

It is further stipulated and agreed between the parties that the period beginning May 4, 2009 and ending July 27, 2009, should be excluded in computing the time within which the trial

of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation. All parties stipulate and agree that this is an appropriate exclusion ot time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this April 30, 2009
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Michael J. Ellison

Dated this April 30, 2009
Lawrence G. Brown
United States Attorney
/s/ Olaf Hedberg for Michelle Rodriguez
Michelle Rodriguez
Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 30, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE