LAW OFFICE OF OLAF W. HEDBERG
1107 9TH St., SUITE 850
SACRAMENTO, CA 95814
Phone (916) 476-5168; Fax 1(412) 774-3537

### MEMORANDUM AND ORDER

DATE: January 11, 2010

TO: Ms. Michelle Kruger, Courtroom Clerk for the Hon. Frank C. Damrell,
     United States District Court Judge

FROM: Olaf W. Hedberg

SUBJECT: *United States v. Michael Ellison* case CR 07-365 FCD

___

    Pursuant to our conversation, and with your permission, the following schedule is requested. I have spoken with Assistant United States Attorney Michelle Rodriguez and Deputy Probation Officer Lori Clanton and we are in agreement with the following changes. The case is currently set for Monday, February 1, 2010 at 10 a.m.

| | |
|---|---|
| Judgement and Sentencing Date: | May 17, 2010 @ 10:00 a.m. |
| Motion for Correction: | May 10, 2010 |
| Report Shall be Filed With Court: and Disclosed to Counsel | May 3, 2010 |
| Counsel's Written Objections: | April 26, 2010 |

    If you have any questions concerning the above matter please feel free to contact me. Thank you for your assistance.

    IT IS SO ORDERED:

Date: January 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE